UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shane Lee Shepler, | ) |
|     *Plaintiff*, | ) C.A. No.    14-286 Erie |
| v. | ) |
| | ) ORDER ADOPTING THE REPORT |
| | ) AND RECOMMENDATION OF |
| Diraimo, et al., | ) MAGISTRATE JUDGE BAXTER |
|     *Defendants*. | ) |

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court dismiss this case on the grounds that Plaintiff has failed to prosecute his claims. The record demonstrates that Plaintiff failed to attend a court hearing and failed to respond to an order to show cause. After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1)     The Report and Recommendation is adopted;

(2)     Plaintiff's Complaint shall be DISMISSED for failure to prosecute; and

(3)     The Clerk of the Court shall send copies of this Order to Plaintiff.

**IT IS SO ORDERED.**

DATED this 2nd day of May 2016.

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE